```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 07-3961 (PAM/JSM)
```

| | |
|---|---|
| ABDULLAH FADHIL AL-SULTAN and<br>AMINA SHIRE ARALE,<br><br>       Plaintiffs,<br><br>v.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>       Defendants. | **ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss with Prejudice which is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: April 16 , 2008

                                        s/Paul A. Magnuson
                                        PAUL A. MAGNUSON, Judge
                                        U.S. District Court